UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 07CR3149-BEN |
| Plaintiff ) | CRIMINAL NO. 07MJ2592 |
| ) | |
| vs. ) | ORDER |
| ) | RELEASING MATERIAL WITNESS |
| Hugo Alfredo Herrera-Munoz ) | |
| Defendant(s) ) | Booking No. |

On order of the United States District/Magistrate Judge,

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed /(Order of Court)).

Hector Gonzalez-Martinez

DATED: 11/20/07

ANTHONY J. BATTAGLIA
UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
DUSM

OR

W. SAMUEL HAMRICK, JR.   Clerk
by _____
Deputy Clerk

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95

☆ U.S. GPO: 2003-581-774/70062